United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Brian Keegan, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 23-60501-Civ-Scola |
| Daniel P. Minahan, Perk Industries | ) |
| Inc., and Innovative Health Labs | ) |
| Inc., Defendants. | ) |

### **Judgment**

The Court has dismissed this case. (Order, ECF No. 34.) The Court now enters judgment in favor of the Defendants, and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on June 13, 2023.

_____
Robert N. Scola, Jr.
United States District Judge